UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James V. Brown, Jr.,

    Petitioner,

        v.                               Case No.   1:25cv362

Warden, London Correctional Institution,

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 3, 2025 (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 14) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 14) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the instant petition is **DISMISSED**, without prejudice, for failure to exhaust available state-court remedies before applying for federal habeas corpus relief.

**IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett, Judge
                                          United States District Court